```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA     )    Crim. No. 16-696(PAD)
Plaintiff,                   )
                             )
     v.                      )
                             )
(1)EDGARDO RAMOS VICENTE     )
Defendant.                   )
------------------------------
```

### MOTION IN COMPLIANCE

TO THE HONORABLE COURT:

COMES NOW, EDGARDO RAMOS VICENTE, the defendant herein, represented by the undersigned counsel and very respectfully submits and prays as follows:

1. In the instant case, codefendant Edgardo Ramos Vicente, is presently awaiting sentence. Under the terms of his plea agreement, he requested that he receive credit for the time he spent in jail in 13-38(JAG), a case that is relevant-conduct to the instant offense.

2. Following the parties request, this Honorable Court ordered,(see, Docket No. 1273) that the United States Bureau of Prisons inform the exact time that codefendant Edgardo Ramos Vicente spent under custody in criminal case 13-38(JAG).

3. In compliance thereto, we attached a certification issued by the USBOP, attesting to the fact that Edgardo Ramos Vicente was imprisoned for a term of **2 years, 4 months and 24 days** in criminal case 13-38(JAG). A copy of the sentence computation data that was issued and e-mailed today by Ms. Aixa

**Motion in Compliance**
**United States v. (1)Edgardo Ramos Vicente**
**Criminal No. 16-696(PAD)**
Page 2

M. Pérez, Paralegal Specialist, Federal Bureau of Prisons, Metropolitan Detention Center, Guaynabo,PR., is enclosed herein (See, Attachment A).

WHEREFORE, in light of the foregoing, the defendant respectfully prays that the requested credit be granted towards the sentence to be imposed in this case.

In San Juan, Puerto Rico, this 30th of April 2018.

/S/ *Jorge E. Vega Pacheco*
JORGE E. VEGA PACHECO
U.S.D.C. No.  123302
72 Georgetti Street
Rio Piedras, Puerto Rico 00925
Tel/Fax: 787 767-1682
Mobile:  787 210-1765
jorge.vegapacheco@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office, and to all counsel of record in the instant case.

In San Juan, Puerto Rico, this 30th of April 2018.

/S/ *Jorge E. Vega Pacheco*
JORGE E. VEGA PACHECO
U.S.D.C. No.  123302
72 Georgetti Street
Rio Piedras, Puerto Rico  00925
Tel/Fax: 787 767-1682
Mobile:  787 210-1765
jorge.vegapacheco@gmail.com